


**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

In re                                       )   Case No. LA90-26937-SB
                                            )   ORDER TO PAY UNCLAIMED FUNDS
    MR. GUY OF BEVERLY HILLS     )
                                            )
                                            )
                                            )
    Debtor (s)                   )
                                            )

It appears that a check made payable to AMERICAN CREDIT INDEMNITY in the amount of $2,652.28, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on March 5, 2001 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that AMERICAN CREDIT INDEMNITY c/o J. Armstrong Duffield now claims the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,652.28 to AMERICAN CREDIT INDEMNITY c/o J. Armstrong Duffield.

Dated this __16__ Day of __May__ 2001.

_____
United States Bankruptcy Judge

JUDGE - REV. 04/00