

ENTERED

MAY 1 7 2001

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          Deputy Clerk

MAY 1 7 2001

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          Deputy Clerk

**FILED**

MAY 1 6 2001

CLERK, U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re                                      )        Bk. No. LA90-26937-SB

    MR. GUY OF BEVERLY HILLS        )

                                     )

                                      )        ORDER DENYING REQUEST FOR
                                      )        RELEASE OF UNCLAIMED FUNDS
                                      )        (28 U.S.C. Section 2042,

          Debtor (s)                      )        Bankruptcy Rule 9013,
                                      )        Bankruptcy Local Rule 3011-1)

On May 3, 2001 AMERICAN CREDIT INDEMNITY for LAURENTIAN GROUP/ATLAS

CAP. c/o J. Armstrong Duffield filed a request for release of unclaimed funds pursuant to 28

U.S.C. Section 2042. The request is denied for the following reason (s):

_____      1.      A request for an order must be made by written motion according to

                Bankruptcy Rule 9013. Contact Financial Services at (213) 894-6866 to

                obtain the appropriate form.

_____      2.      Motion practice in the United States Bankruptcy Court for the Central

                District of California is controlled by Local Bankruptcy Rule 3011-1 as

                promulgated by the United States District Court for the Central District of

                California. The request does not comply with either Bankruptcy Rule

                9013 or Local Bankruptcy Rule 3011-1.

_____      3.      Part # _____ Of the motion has not been completed.

_____      4.      It appears that a copy of the motion was not sent to the claimant.

_____      5.      An original power of attorney was not submitted.

*155 deo*

_____    6.    The name of the claimant listed on the trustee's report is not the same as
shown on the motion.  No explanation of the difference is provided.

_____    7.    The address of the claimant listed on the trustee's report is not the same as
shown on the motion and the difference is not explained.

_____    8.    The motion does not list the trustee in the case as having been noticed.

_____    9.    There are no supporting documents showing the claimant to be the
successor-in-interest to the funds claimed.

_____    10.    The corporate seal is not stamped on the power of attorney.

_____    11.    The name on the corporate seal does not match the name listed on the
claim.

_____    12.    There is no resolution with seal that verifies the person signing the power
of attorney is authorized to sign on behalf of the creditor.

_____    13.    The supporting documentation that is provided are not certified copies.

_____    14.    Fund locator submitting this claim has failed to register with this court.

_____    15.    Other:

_____                    MAY 16 2001
United States Bankruptcy Judge                                              Date

JUST - REV. 04/00