



**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | Bk. No. LA90-26937-SB |
| MR. GUY OF BEVERLY HILLS | ) | |
| | ) | |
| | ) | ORDER DENYING REQUEST FOR |
| | ) | RELEASE OF UNCLAIMED FUNDS |
| | ) | (28 U.S.C. Section 2042, |
| Debtor (s) | ) | Bankruptcy Rule 9013, |
| | ) | Bankruptcy Local Rule 3011-1) |

On May 3, 2001 AMERICAN CREDIT INDEMNITY for CROOKHORN DAVIS, INC. c/o J. Armstrong Duffield filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____    1.    A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-6866 to obtain the appropriate form.

_____    2.    Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____    3.    Part # _____ Of the motion has not been completed.

_____    4.    It appears that a copy of the motion was not sent to the claimant.

_____    5.    An original power of attorney was not submitted.

/36 deo

_____  6.  The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____  7.  The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____  8.  The motion does not list the trustee in the case as having been noticed.

__✗__  9.  There are no supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____  10. The corporate seal is not stamped on the power of attorney.

_____  11. The name on the corporate seal does not match the name listed on the claim.

_____  12. There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor.

_____  13. The supporting documentation that is provided are not certified copies.

_____  14. Fund locator submitting this claim has failed to register with this court.

_____  15. Other:

_____  
United States Bankruptcy Judge  
JUST - REV. 04/00

MAY 16 2001  
Date